# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 2:26-cr-00014

ROSA SHILON-HERNANDEZ

**ORDER**

A review of the docket reveals that there are no pending motions in this matter. Accordingly, the pretrial motions hearing previously scheduled for March 10, 2026, at 1:30 p.m. is **CANCELED**.

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER:  February 25, 2026

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE