**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

UNITED STATES OF AMERICA,

v.                             CRIMINAL ACTION NO. 2:26-cr-00014

ROSA SHILON-HERNANDEZ

**ORDER**

Pending before the court is the Defendant's Motion to Schedule a Guilty Plea, [ECF No. 24]. The motion is **GRANTED**, and the court **ORDERS** that a plea hearing be **SCHEDULED**, pursuant to *Fed. R. Crim. P.* 11, for **March 24, 2026, at 10:00 a.m.**

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER:        March 18, 2026

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE