**UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF WEST VIRGINIA AT CHARLESTON**

**UNITED STATES OF AMERICA,**

**v.**                                                        **CRIMINAL NO. 2:26-cr-00014**


**ROSA SHILON-HERNANDEZ,**

also known as "Jimena Gomez-Hernandez",

**AMENDED MOTION TO CHANGE PLEA TO GUILTY**

Defendant Rosa Shilon-Hernandez, by counsel, respectfully moves this Court for permission to withdraw her previously entered plea of not guilty. The Defendant seeks to enter a plea of guilty to the single-count Indictment charging a violation of 18 U.S.C. § 1546(b)(2).. Ms. Shilon-Hernandez further requests that the Court schedule a hearing at its earliest convenience to accept her guilty plea pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

*Procedural Posture and Background*

On February 3, 2026, a federal grand jury for the Southern District of West Virginia returned an Indictment charging Defendant Rosa Shilon-Hernandez with a single-count Indictment charging a violation of 18 U.S.C. § 1546(b)(2) (Fraud and misuse of visas, permits, and other documents). On February 5, 2026, Ms. Shilon-Hernandez appeared for her arraignment and entered a plea of not guilty to all counts.

Ms. Shilon-Hernandez is represented by undersigned counsel. Since the arraignment, counsel has reviewed the Government's discovery, conferred with the prosecution, and conducted extensive consultations with Ms. Shilon-Hernandez regarding the charges, the applicable law, the evidence, and the constitutional and statutory rights associated with a trial. After careful and thorough consideration of her options and with the advice of counsel, Ms. Shilon-Hernandez has

knowingly and voluntarily decided to seek to withdraw her plea of not guilty and enter a plea of guilty to the Indictment.

*Acknowledgment of Intended Guilty Plea*

The Defendant is moving to enter a plea of guilty to the Indictment. Ms. Shilon-Hernandez acknowledges that, with the advice of counsel, she intends to appear before the Court to withdraw her prior plea of not guilty and to enter a plea of guilty to the single-count Indictment charging a violation of 18 U.S.C. § 1546(b)(2). At the Rule 11 hearing, Ms. Shilon-Hernandez will confirm under oath that her plea is knowing and voluntary and that she understands the nature of the charge, the potential penalties, and the constitutional and statutory rights she will be waiving by pleading guilty. Counsel has conferred with the Government regarding this motion and the Government has no objection.

*Request for Relief*

WHEREFORE, Defendant Rosa Shilon-Hernandez respectfully requests that this Honorable Court:

1. GRANT this Motion to Change Plea;

2. Schedule a change of plea hearing at the Court's earliest convenience;

3. Permit Ms. Hernandez to formally withdraw her plea of not guilty and enter a plea of guilty to the single-count Indictment at said hearing;

4. Conduct a full colloquy pursuant to Federal Rule of Criminal Procedure 11;

5. Accept the Defendant's guilty plea and enter an adjudication of guilt;

6. Order the United States Probation Office to prepare a Presentence Investigation Report; and

7. Set this matter for a sentencing hearing in due course.

ROSA SHILON-HERNANDEZ


*/s/Olubunmi T. Kusimo-Frazier*___
Olubunmi Kusimo-Frazier WVSB # 10030
The KF Law Firm, PLLC
P.O. Box 10278
Charleston, WV 25357
Phone: (304) 534-9135
Fax: (304) 370-4423
Email: bunmi@thekflawfirm.com

**UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF WEST VIRGINIA AT CHARLESTON**

**UNITED STATES OF AMERICA,**

**v.**                                                    **CRIMINAL NO. 2:26-cr-00014**

**ROSA SHILON-HERNANDEZ,**

also known as "Jimena Gomez-Hernandez",

CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2026, a true and correct copy of the foregoing Motion for Post-Adjudicatory Improvement Period was served upon opposing counsel via ECF.

Dated: March 17, 2026

/s/Olubunmi Kusimo-Frazier

WVSB#10030